UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Leo Marquis

      v.         Civil No. 06-cv-233-JD

Fairview Nursing Home, Inc., et al.


O R D E R

  The above-captioned ERISA case was filed here on June 21, 2006. The ERISA Administrative Record was filed on August 4, 2006. Pursuant to Local Rule 9.4(b), a joint statement of facts are to be filed approximately 60 days thereafter. The docket reflects that there have been no filings in this case since the Administrative Record was filed.

  Counsel are ordered to file a joint statement of materials facts by Friday, January 12, 2007, or show good cause why the Local Rules have not been followed. Failure to respond to this Order may result in dismissal of this case without prejudice.


  SO ORDERED.


January  5, 2007         /s/ Joseph A. DiClerico, Jr.
               Joseph A. DiClerico, Jr.
               United States District Judge


cc: Peter Webb, Esq.
   Jean-Claude Sakellarios, Esq.
   Scott Harris, Esq.
   Steven Dutton, Esq.